UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL P. O'BANION and PATRICIA R. BRADLEY, | Case No. 1:09-CV-00249-EJL |
| Plaintiffs, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| SELECT PORTFOLIO SERVICES, INC., LITTON LOAN SERVICING LP; JUST LAW, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DISCOVER LENDING GROUP; OWNIT MORTGAGE SOLUTIONS, INC., | |
| Defendants. | |

On July 16, 2012, Chief United States Magistrate Judge Candy W. Dale issued a

Report and Recommendation ("the Report"), recommending that Plaintiffs' Motions to

Dismiss be granted and the Motion for Summary Judgment be deemed moot. (Dkt. 190.)[1]

Any party may challenge a Magistrate Judge's proposed recommendation regarding by filing

written objections within ten days after being served with a copy of the magistrate's Report

---

[1] The Report and Recommendation also contained an Order ruling on several other Motions. (Dkt. 190.)

**ORDER ADOPTING REPORT AND RECOMMENDATION - 1**

and Recommendation. 28 U.S.C. § 636(b)(1). The district court must then "make a de novo

determination of those portions of the report or specified proposed findings or

recommendations to which objection is made." *Id.* The district court may accept, reject, or

modify in whole or in part, the findings and recommendations made by the magistrate. *Id.*;

*see also* Fed. R. Civ. P. 72(b). Plaintiffs filed objections to the Report and Recommendation

to which the Defendants have responded. (Dkt. 197, 198, 200.) The Court has considered the

Plaintiffs' contentions and conducted a *de novo* review of the record and finds as follows.

## Discussion

Plaintiffs object to the Report generally challenging 1) the dismissal of Defendant

Ownit, 2) the denial of their Motion to Compel and Motion to Overrule Objections, 3) the

sanctions imposed, and 4) the ruling concerning the requests for admissions. Defendants

Lipton Loan Servicing LP, Select Portfolio Services, Inc., and Mortgage Electronic

Registration Systems, Inc. have responded to the objections and maintain the Report

properly resolved the matters before it. (Dkt. 198, 200.)

The only objection to the Report's recommendation is as to the Motion to Dismiss

Defendant Ownit. The remaining objections go to matters over which Magistrate Judge

Dale had jurisdiction and properly issued an Order. *See* 28 U.S.C. § 636(b)(1).

Regardless, this Court has considered the Plaintiffs objections to the matters complained

of and does not find Magistrate Judge Dale's Order to be "clearly erroneous or contrary to

law." *See* 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a) (A district court may set

aside a magistrate judge's order on appeal if it finds the order to be "clearly erroneous or

**ORDER ADOPTING REPORT AND RECOMMENDATION - 2**

contrary to law."). Just the opposite, this Court wholeheartedly agrees with Magistrate

Judge Dale's rulings in her Order and affirms the same.

As to the objection challenging the recommendation that the Motion to Dismiss

Ownit Mortgage Solutions Inc. be granted, the Court finds the objection to be without

merit. Plaintiffs object to the "Immediate Dismissal" of Ownit complaining of prejudice

and pointing to the Mandatory Judicial Notice Plaintiffs filed in this matter. (Dkt. 187,

197.) This Court has conducted a *de novo* review of the record and finds the Magistrate

Judge correctly decided the Motion to Dismiss Ownit. The Motion in question is

Plaintiffs own. It requests voluntary dismissal of Ownit as a party in this case. In

considering the Motion, the Magistrate Judge proceeded carefully by staying the case and

ordering the parties to attend a case management conference before Magistrate Judge

Larry M. Boyle. The purpose of this conference was, given their *pro se* status, to ensure

Plaintiffs understood the consequences of their Motion to Dismiss Ownit. Magistrate

Judge Boyle issued a Report on Voluntary Case Management Conference which

unequivocally demonstrates that the Plaintiffs understood the consequences of their

Motion to Dismiss and proceeding without Ownit as a defendant in this matter. (Dkt.

186.) Plaintiff has not sought to withdraw its Motion to Dismiss Ownit nor shown any

basis upon which to not grant their Motion. Accordingly, the Court will adopt the

Report's recommendation to grant the Motion to Dismiss Ownit.

**ORDER ADOPTING REPORT AND RECOMMENDATION - 3**

## ORDER

Having conducted a *de novo* review of the Report and Recommendation, this Court finds that Chief Magistrate Judge Dale's Report and Recommendation is well founded in law and consistent with this Court's own view of the evidence in the record. Acting on the recommendation of Magistrate Judge Dale, and this Court being fully advised in the premises, **IT IS HEREBY ORDERED** that the Report and Recommendation entered on July 16, 2012, (Dkt. 190), should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

**THEREFORE, IT IS HEREBY ORDERED** as follows:

1)   Plaintiffs' Motion to Dismiss Defendant Ownit Mortgage Solutions Inc. (Dkt. 166) is **GRANTED**.

2)   Plaintiffs' Motion to Dismiss Defendant Just Law Inc. (Dkt. 167) is **GRANTED**.

3)   Defendant's Motion for Summary Judgment (Dkt. 162) is deemed **MOOT**.

DATED:  **August 20, 2012**

Honorable Edward J. Lodge
U. S. District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION - 4**